Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
### EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD KNAEBLE, ) | **Case No.: 2:08-cv-02706-WBS-KJM** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES the Plaintiff, RICHARD KNAEBLE, and Defendant, NCO FINANCIAL SYSTEMS, INC., by and through the undersigned counsel and hereby inform the court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

The Parties therefore jointly request that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: January 21, 2008        KROHN & MOSS, LTD.


By: /s/ Ryan Lee _____

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement