Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, RICHARD KNAEBLE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD KNAEBLE,<br><br>    Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:08-cv-02706-WBS-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

Plaintiff, RICHARD KNAEBLE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on 11/11/08. NCO filed its response to the complaint on 12/15/08. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

---

Stipulation of Dismissal and [Proposed] Order

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/25/09                    KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee, Esq.
Attorney for Plaintiff,
RICHARD KNAEBLE

Dated: 2/25/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/Albert R. Limberg,
Albert R. Limberg, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

_____
The Honorable Judge
William B. Shubb
United States District Judge